# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>JOHN T. KRAWEC<br><br>Debtors | Case No. 07-06430 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/10/2007.

2) The plan was confirmed on 12/21/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/04/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/03/2008, 10/30/2008.

5) The case was dismissed on 04/03/2009.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 19,860.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $18,300.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$18,300.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $947.34 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$947.34** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADAMS STEEL SERVICE INC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AFTER MARKET SOLUTION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| APEX CLEAR WATER SYSTEMS | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| AUTOMOTIVE FINANCE CORP | Unsecured | 151,993.00 | 222,296.53 | 222,296.53 | 0.00 | 0.00 |
| AUTOTRADER.COM | Unsecured | 14,846.39 | NA | NA | 0.00 | 0.00 |
| AZ COMMERCIAL | Unsecured | 3,311.31 | NA | NA | 0.00 | 0.00 |
| BEN WATTS MARINA INC | Unsecured | 253.99 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,628.56 | 2,602.50 | 2,602.50 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 1,334.31 | 1,334.31 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 3,392.50 | 3,392.50 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Unsecured | 3,208.37 | NA | NA | 0.00 | 0.00 |
| CITICORP COMMERCE SOLUTIONS | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,127.99 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 582.51 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 89.44 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,169.52 | 1,193.23 | 1,193.23 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 289.85 | NA | NA | 0.00 | 0.00 |
| FRANKS GERKINS & MCKENNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FUELMAN | Unsecured | 1,397.10 | NA | NA | 0.00 | 0.00 |
| GARY N FOLEY | Unsecured | 3,699.00 | 4,256.30 | 4,256.30 | 0.00 | 0.00 |
| GREATER ROCKFORD AUTO AUCTIO | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| HAIL INSURANCE AGENCY INC | Unsecured | 11,692.75 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 41,015.23 | 41,015.23 | 3,017.02 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 23,693.73 | 23,693.73 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE AUTOMOTIVE INDUSTRIE | Unsecured | 390.38 | NA | NA | 0.00 | 0.00 |
| KONICA MINOLTA BUSINESS SOL | Unsecured | 1,190.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP OF AMERICA | Unsecured | 24.75 | NA | NA | 0.00 | 0.00 |
| MADISON POLICE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MANHEIM AUCTIONS | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY STATES ATTORN | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCHENRY SAVING BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| MCHENRY SAVING BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| MCHENRY SAVING BANK | Unsecured | NA | 42,082.90 | 42,082.90 | 0.00 | 0.00 |
| MCHENRY SAVING BANK | Unsecured | NA | 265,506.41 | 265,506.41 | 0.00 | 0.00 |
| MCHENRY SAVING BANK | Unsecured | NA | 81,595.58 | 81,595.58 | 0.00 | 0.00 |
| MCHENRY SAVINGS BANK | Secured | 25,000.00 | 25,000.00 | 25,000.00 | 12,407.74 | 1,024.30 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,952.02 | NA | NA | 0.00 | 0.00 |
| NELSON AUTO INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| OFFICE DEPOT | Unsecured | 1,726.29 | NA | NA | 0.00 | 0.00 |
| OMNIUM WOLDWIDE INC | Unsecured | 1,446.72 | NA | NA | 0.00 | 0.00 |
| PARTNERS IN PRIMARY CARE | Unsecured | 28.25 | NA | NA | 0.00 | 0.00 |
| PAUL GUSKE MD | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOC | Unsecured | 106.15 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 509.82 | 2,733.24 | 2,733.24 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,270.96 | 3,049.12 | 3,049.12 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,734.00 | 4,989.26 | 4,989.26 | 0.00 | 0.00 |
| RA ADAMS ENTERPRISES | Unsecured | 29.14 | NA | NA | 0.00 | 0.00 |
| REDBIRD FINANCIAL | Unsecured | 38,000.00 | 38,000.00 | 38,000.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 248.24 | 207.26 | 207.26 | 0.00 | 0.00 |
| STAPLES CREDIT | Unsecured | 99.34 | NA | NA | 0.00 | 0.00 |
| STERLING INC | Secured | 2,239.00 | 2,238.94 | 2,238.94 | 789.57 | 114.03 |
| SZABO ASSOCIATES INC | Unsecured | 3,809.00 | NA | NA | 0.00 | 0.00 |
| TALRO AUTO INS AGENCY | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| TRANS UNION | Unsecured | 897.27 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 155.23 | NA | NA | 0.00 | 0.00 |
| VIKING OFFICE PRODUCTS | Unsecured | 200.90 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SVCS | Unsecured | 3,677.24 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT OF IL NORTH | Unsecured | 3,321.48 | NA | NA | 0.00 | 0.00 |
| WORLD SAVINGS & LOAN | Secured | NA | NA | NA | 0.00 | 0.00 |
| WORLD SAVINGS & LOAN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ZMT INC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,000.00 | $12,407.74 | $1,024.30 |
| All Other Secured | $2,238.94 | $789.57 | $114.03 |
| **TOTAL SECURED:** | **$27,238.94** | **$13,197.31** | **$1,138.33** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $41,015.23 | $3,017.02 | $0.00 |
| **TOTAL PRIORITY**: | **$41,015.23** | **$3,017.02** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$696,932.87** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $947.34 |
| Disbursements to Creditors | $17,352.66 |
| **TOTAL DISBURSEMENTS** : | **$18,300.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/18/2009     By: /s/ Glenn Stearns
                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**